

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

BRETT A. DAY
Assistant United States Attorney
Arizona State Bar No. 027236
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: brett.day@usdoj.gov
Attorneys for Plaintiff

FILED ✓    LODGED ___
RECEIVED ___    COPY ___

JUN 0 8 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.    CR-21-00433-PHX-SMB (DMF) |
|---|---|
| Plaintiff, | |
| vs. | **INDICTMENT** |
| Claudia Martinez, | VIO:    18 U.S.C. § 924(a)(1)(A)<br>(False Statement During Purchase of a Firearm)<br>Counts 1-9 |
| Defendant. | |

**THE GRAND JURY CHARGES**:

## COUNT 1

On or about May 12, 2018, in the District of Arizona, defendant, CLAUDIA MARTINEZ, knowingly made a false statement and representation to *Arizona Firearms and Accessories,* a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Arizona Firearms and Accessories*, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she was the actual buyer of the firearms, whereas in truth and fact, Defendant knew she was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A)

## COUNT 2

On or about June 24, 2019, in the District of Arizona, defendant, CLAUDIA MARTINEZ, knowingly made a false statement and representation to *Cabela's,* a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Cabela's,* in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she was the actual buyer of the firearms, whereas in truth and fact, Defendant knew she was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A)

## COUNT 3

On or about July 2, 2019, in the District of Arizona, defendant, CLAUDIA MARTINEZ, knowingly made a false statement and representation to *Cabela's,* a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Cabela's,* in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she was the actual buyer of the firearms, whereas in truth and fact, Defendant knew she was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A)

## COUNT 4

On or about July 20, 2019, in the District of Arizona, defendant, CLAUDIA MARTINEZ, knowingly made a false statement and representation to *Arizona Arms L.L.C.,* a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Arizona Arms L.L.C.,* in that Defendant

- 2 -

executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she was the actual buyer of the firearms, whereas in truth and fact, Defendant knew she was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A)

**COUNT 5**

On or about August 16, 2019, in the District of Arizona, defendant, CLAUDIA MARTINEZ, knowingly made a false statement and representation to *Cabela's,* a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Cabela's*, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she was the actual buyer of the firearm, whereas in truth and fact, Defendant knew she was buying the firearm on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A)

**COUNT 6**

On or about August 16, 2019, in the District of Arizona, defendant, CLAUDIA MARTINEZ, knowingly made a false statement and representation to *Cabela's,* a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Cabela's*, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she was the actual buyer of the firearms, whereas in truth and fact, Defendant knew she was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A)

## COUNT 7

On or about September 23, 2019, in the District of Arizona, defendant, CLAUDIA MARTINEZ, knowingly made a false statement and representation to *Tombstone Tactical,* a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Tombstone Tactical,* in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she was the actual buyer of the firearms, whereas in truth and fact, Defendant knew she was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A)

## COUNT 8

On or about November 4, 2019, in the District of Arizona, defendant, CLAUDIA MARTINEZ, knowingly made a false statement and representation to *Cabela's,* a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Cabela's,* in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she was the actual buyer of the firearms, whereas in truth and fact, Defendant knew she was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A)

## COUNT 9

On or about November 4, 2019, in the District of Arizona, defendant, CLAUDIA MARTINEZ, knowingly made a false statement and representation to *Arizona Firearms and Accessories,* a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Arizona Firearms and Accessories,* in

- 4 -

that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she was the actual buyer of the firearms, whereas in truth and fact, Defendant knew she was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A)

A TRUE BILL

/S
FOREPERSON OF THE GRAND JURY
Date:  June 8, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/S
BRETT A. DAY
Assistant U.S. Attorney

- 5 -